# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 25, 2006

131785 & (17)(18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NANCY MAKAREWICZ, Next Friend of
Jamie Makarewicz, a legally incapacitated
person, and NANCY MAKAREWICZ and
ALAN MAKAREWICZ,
      Plaintiffs-Appellees,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant-Appellant.

SC: 131785
COA: 269317
Ingham CC: 04-001092-NF

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 22, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion to stay the trial court proceedings is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 25, 2006

_____
Clerk

p0821